■ In the Matter of JAMES D. FORNARI. [618 NYS2d 1007] —. Petition granted, and petitioner is reinstated as an attorney and counselor-at-law in the State of New York effective October 4, 1994. No Opinion. Concur—Murphy, P. J., Carro, Rosenberger, Kupferman and Asch, JJ.